UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

     Plaintiff,

     v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

     Defendant.

Civil Action No. 21-2291 (JMC)

## **JOINT STATUS REPORT**

Pursuant to the Court's May 10, 2022, Minute Order, Human Rights Defense Center ("Plaintiff" or "HRDC") and U.S. Immigration and Customs Enforcement ("Defendant" or "ICE"), by and through counsel, submit the following joint status report to update the Court on the progress of processing Plaintiff's FOIA request. This case concerns Plaintiff's FOIA request for certain contracts between ICE and certain detention facilities.

As previously reported, the parties agreed that ICE would start processing the third, most-recent-contracts category of potentially responsive documents at a rate of 350 pages per month.

ICE made its first production to Plaintiff on April 19, 2022.

ICE made its second production to Plaintiff on May 12, 2022.

ICE made its third production to Plaintiff on October 14, 2022.

ICE made its fourth production to Plaintiff on November 30, 2022. This production consisted of 505 pages with portions withheld in part.

ICE made its fifth production to Plaintiff on January 20, 2023. For this production, ICE processed 599 pages. Of the 599 pages, 188 pages were deemed non-responsive. 382 pages were

released in full, and portions of 29 pages were withheld. Therefore, the release consisted of 411 pages that were potentially responsive to Plaintiff's request.

ICE made its sixth production to Plaintiff on February 6, 2023. It processed 500 pages of potentially responsive documents, of which 38 pages were released in full and 462 pages were released in part.

ICE made its seventh production to Plaintiff on March 8, 2023. It processed 412 pages of potentially responsive documents from Geo Group from 2017-present, of which 119 pages were released in full and 293 pages were released in part.

ICE made its eighth production to Plaintiff on April 4, 2023. It processed 412 pages of potentially responsive documents from Geo Group from 2017-present, of which 253 pages were released in full and 159 pages were released in part.

ICE made its ninth production to Plaintiff on May 2, 2023. It processed 412 pages of potentially responsive documents from Geo Group from 2017-present, of which 74 pages were deemed to be non-responsive, 230 pages were released in full, and 108 pages were released in part.

ICE made its 10th production to Plaintiff on May 23, 2023. It processed 500 pages of potentially responsive documents from Geo Group from 2017-present, and produced 500 pages with withholdings under Exemptions 4, 6, 7(C), and 7(E).

ICE made its 11th production to Plaintiff on June 23, 2023. It processed 549 pages of potentially responsive documents from Geo Group from 2017-present. Of those 549 pages, 67 pages were deemed nonresponsive. Additionally, 58 pages have been sent for submitter notice response to a 3rd party company. The Agency withheld information under Exemptions 4, 6, 7(C), and 7(E).

ICE made its 12th production to Plaintiff on September 5, 2023. It processed 397 pages of potentially responsive documents from Geo Group from 2017-present. The Agency withheld information under Exemptions 4, 6, 7(C), and 7(E).

ICE made its 13th production to Plaintiff on October 13, 2023. It processed 505 pages of potentially responsive documents from Geo Group from 2017-present. The Agency withheld information under Exemptions 4, 6, 7(C), and 7(E).

ICE made its 14th production to Plaintiff on November 30, 2023. It processed 412 pages of potentially responsive documents from Geo Group from 2017-present. The Agency withheld information under Exemptions 3, 4, 6, 7(C), and 7(E).

ICE made its 15th production to Plaintiff on December 22, 2023. It processed 412 pages of potentially responsive documents from Geo Group from 2017-present. The Agency withheld information under Exemptions 3, 4, 6, 7(C), and 7(E).

Pursuant to the parties' agreement, HRDC will let ICE know whether it is satisfied with the records produced to date, and whether it would like ICE to process additional records. Pursuant to the Court's May 10, 2022, Minute Order, the parties will file another joint status report appraising the Court on the status of this case and any additional processing of Plaintiff's FOIA request by Thursday, August 8, 2024.

\*   \*   \*

Date:   May 7, 2024

Respectfully submitted,

*/s/ Deborah Maxine Golden*
Deborah Maxine Golden
The Law Office of Deborah M. Golden
700 Pennsylvania Ave., SE
Ste. 2nd Floor
Washington, DC 20003
dgolden@debgoldenlaw.com

EJ Hurst II
Human Rights Defense Center
P.O. Box 1151
Lake Worth, FL 33460
ejhurst@humanrightsdefensecenter.org

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      */s/ Sam Escher*
         SAM ESCHER, D.C. Bar # 1655538
         Assistant United States Attorney
         601 D Street, N.W.
         Washington, D.C. 20530
         (202) 252-2531
         sam.escher@usdoj.gov

*Counsel for United States of America*

4